# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOHANTON BLACKMAN,**

          **Petitioner,**

v.                                                Case No:  6:16-cv-1990-Orl-37TBS

**COURT OF MELBOURNE FLA,**

          **Respondent.**
_____/

## ORDER

This cause is before the Court on initial review of Petitioner's Emergency Habeas Corpus Petition ("Petition," Doc. 1).  Petitioner is a prisoner incarcerated at the Tomoka Correctional Institution and proceeding *pro se*.

Petitioner's allegations are difficult to decipher.  It appears that, on an unspecified date, he shot himself in the head and that the "Indian River County Sheriff's Dept." transported him to the hospital.  (Doc. 1 at 2-3).  Petitioner underwent surgery and was later sent to the St. Lucie County Jail.  (*Id.* at 5).  However, Petitioner suffered ill-effects from the surgery and was sent back to the hospital.  (*Id.* at 5-6).

Petitioner alleges that his civil rights were violated and that he did not receive proper medical treatment for his injuries.  (*Id.* at 7).  Petitioner identified "Court of Melbourne Fla" as the Respondent in this case.

Petitioner's allegations fail to specify (and the Court is unable to determine) the basis upon which the Court has jurisdiction over this matter and the specific relief being

requested.[1]  Indeed, the Court does not discern any cognizable claim for relief in Petitioner's filing.  The Petition is identified as a "Habeas Corpus Petition," yet Petitioner does challenge any particular conviction or sentence.  Further, he mentions a violation of his civil rights and that he did not receive proper medical treatment.  However, he does not set forth the remedy he seeks as a result of the civil rights violation.

As a result, this case will be dismissed without prejudice in order to allow Petitioner to file a proper civil rights complaint or federal habeas petition in the appropriate Court having jurisdiction over the matter.  The Clerk of the Court shall provide Petitioner with a civil rights complaint form and a petition for writ of habeas corpus form.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED without prejudice**.

2  The Clerk of the Court is directed to close this case, to enter judgment dismissing this case without prejudice, and to send Petitioner a civil rights complaint form and a petition for writ of habeas corpus form.

**DONE** and **ORDERED** in Orlando, Florida on November 16th, 2016.



ROY B. DALTON JR.
United States District Judge

---

[1] "Federal courts are courts of limited jurisdiction. They possess only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

Copies furnished to:

Unrepresented Party
OrlP-2 11/16